[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

18-15058
Non-Argument Calendar

_____

D.C. Docket No. 8:18-cr-00098-JDW-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KRISTIN PATTERSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 24, 2020)

Before ED CARNES, Chief Judge, LAGOA and HULL, Circuit Judges.

PER CURIAM:

Mark Ciaravella, appointed counsel for Kristin Patterson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Patterson's conviction and sentence are **AFFIRMED**.